IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NICHOLAS COUGHLIN**                                                                             **PLAINTIFF**

**VS.**                                                                **CIVIL ACTION NO. 3:06CV288WA**

**FRANLKIN SQUIRES COMPANIES, LLC;**
**HILL ERICKSON, LLC; C. RICK KOERBER;**
**and LEXINGTON INSURANCE COMPANY,**
**doing business as Lexington AIG**                                                               **DEFENDANTS**

**HILL ERICKSON, LLC**                                                               **COUNTER-CLAIMANT**

**VS.**

**NICHOLAS COUGHLIN**                                                             **COUNTER-DEFENDANT**

## ORDER

This matter came before the court on the Joint Motion to Amend Scheduling Order, by which the parties seek to move the expert designation deadline (presumably, for all parties) to March 24, 2007, the discovery deadline to April 27, 2007, and the motion deadline to May 12, 2007. The pretrial conference is set for July 10, 2007, and the motion deadline must be set sufficiently far in advance of the pretrial conference so that motions will be completely briefed (which takes about thirty days) in time to be considered and a ruling entered before the pretrial conference. For that reason, extensions will be granted, but not to the extent requested by the parties.

IT IS, THEREFORE, ORDERED that the Joint Motion to Amend Scheduling Order is hereby **granted** in part and **denied** in part, as follows:

1. The deadline for designating experts is March 24, 2007.

2. The discovery deadline is April 6, 2007.

3.	The deadline for submitting motions, other than motions *in limine*, is April 20, 2007.

IT IS SO ORDERED, this the 2nd day of March, 2007.


                                                                S/Linda R. Anderson  
                                      UNITED STATES MAGISTRATE JUDGE