**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

NICHOLAS COUGHLIN                                                                                  PLAINTIFF

vs.                                                                        Civil Action No. 3:06-cv-288 HTW-LRA

FRANKLIN SQUIRES COMPANIES, LLC,
ET AL.                                                                                                      DEFENDANTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders that the above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 30th day of December, 2009.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**